# UNITED STATES COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CHEN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>FLIGHTAWARE, LLC, )<br>)<br>*Defendant*. )<br>_____/ | Case No. 4:24-CV-03178 |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Timothy Chen files this Notice of Dismissal, hereby dismissing the causes of action it asserted in the Complaint in the above-captioned action without prejudice. Dismissal is proper because Defendant has not served an answer or a motion for summary judgment.

Dated: January 10, 2025

Respectfully submitted,

/s/Andrew J. Shamis
Andrew J. Shami, Esq.
Texas Bar No. 24124558
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: 305-479-2299
ashamis@shamisgentile.com

Counsel for Plaintiff and the Putative Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: /s/ Andrew J. Shamis
Andrew J. Shamis, Esq.

Counsel for Plaintiff