United States District Court
Southern District of Texas
**ENTERED**
January 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TIMOTHY CHEN, § § § § § § § § § § Plaintiff, VS. FLIGHTAWARE, LLC, Defendant. | CIVIL ACTION NO. 4:24-CV-03178 |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice (the "Notice"). Doc. #18. In accordance with the Notice and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

JAN 28 2025
Date

The Honorable Alfred H. Bennett
United States District Judge